## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY )<br>AND CASUALTY COMPANY, (ANPAC), )<br>a Missouri Corporation, as subrogee of )<br>Ronald Tischauser, )<br>                                )<br>Plaintiff, )<br>                                )<br>      v. )<br>                                )<br>CNH INDUSTRIAL AMERICA, LLC, )<br>                                )<br>Defendant. ) | No.   15-cv-623 JPG/RJD |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 47). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: November 15, 2016

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE